AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>GOOGLE INC, USERS webrevllc@gmail.com, webrevllc<br>+2@gmail.com, and sezim.s.sh@gmail.com | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

GOOGLE INC, USERS webrevllc@gmail.com, webrevllc+2@gmail.com, and sezim.s.sh@gmail.com, that are stored at premises controlled by Google, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, CA, 94043.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before **May 20, 2019**    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Paige J. Gossett_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **May 6, 2019**
**1:27 p.m.**
City and state: _____Columbia, South Carolina_____

*Judge's signature*
Paige J. Gossett, US Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 288A-CO-3027398 | Date and time warrant executed: 05/06/2019 ~ 4:39PM | Copy of warrant and inventory left with: GOOGLE'S LAW ENFORCEMENT REQUEST SYSTEM |
| Inventory made in the presence of: N/A - ELECTRONIC DOCUMENTS PROVIDED BY GOOGLE | | |
| Inventory of the property taken and name of any person(s) seized: | | |

ON 06/18/2019, GOOGLE ELECTRONICALLY PROVIDED THE SEARCH WARRANT RETURN TO SA ROBERT TARTAGLIA VIA THE LAW ENFORCEMENT REQUEST SYSTEM, AN ONLINE PORTAL/INBOX. THE ELECTRONIC FILES PROVIDED BY GOOGLE WERE BURNT TO A COMPACT DISK AND WILL BE MAINTAINED IN OUR CASE MANAGEMENT SYSTEM.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/24/2019

*Executing officer's signature*

Robert Tartaglia Special Agent, FBI
*Printed name and title*